Abel Acosta,
Criminal Courts of Appeal
P.O. Box 12308
Austin Texas 78711

Notice RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

RE: Cause A14-947    Writ of Habeas Corpus 11.07

I the Applicant write this letter of Notice on said cause so that it can be noted / filed in behalf of myself the Applicant.

Respectfully Submitted

Amos Poole

TDC# 1519076 Choise Field Trusty Camp
975 Ofstik
Bee Texas 78102